UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:22-cr-00095-LEW |
| | ) |
| CHRISTIE MITCHELL | ) |
| Defendant | ) |

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2022 AUG 10 P 1: 32

DEPUTY CLERK

INDICTMENT

The Grand Jury charges that:

COUNT ONE
(Social Security Supplemental Security Income Benefit Fraud)

Between about October 2013 and February 2020, in the District of Maine, the defendant,

CHRISTIE MITCHELL

in a matter within the jurisdiction of the Social Security Administration, having knowledge of the occurrence of events affecting the initial and continued right to receive payment of Social Security Supplemental Security Income payments, concealed and failed to disclose such events with the intent to fraudulently secure payment in a greater amount or quantity than was due or when no payment was authorized. Specifically, the defendant intentionally concealed the fact that her husband was a part of her household, whose income and resources affected her eligibility to receive benefit payments.

Thus, the defendant violated Title 42, United States Code, Section 1383a(a)(3).

## COUNT TWO
### (Health Care Fraud)

Between about October 2013 and December 2019, in the District of Maine, the defendant,

CHRISTIE MITCHELL

falsified, concealed, and covered up by trick, scheme, or device material facts in connection with the delivery of or payment for health care benefits, items, or services. The object of the scheme was to obtain benefits under the MaineCare program (a health care benefit program as defined by 18 United States Code Section 24(b)) for the defendant to which she was not entitled, or in a greater amount than that to which she was entitled. The defendant knowingly and willfully executed this scheme by concealing the presence of her husband as a member of her household, whose income and assets rendered her ineligible for the payments she actually received.

Thus, the defendant violated Title 18, United States Code, Section 1035(a)(1).

## COUNT THREE
### (Theft of Public Money)

Between about August 2017 through August 2019, in the District of Maine, the defendant,

CHRISTIE MITCHELL

knowingly and willfully embezzled, stole, purloined, converted to her use, received and retained with the intent to convert knowing it to have been embezzled, stolen, purloined, and converted, money or things of value belonging to the United States and any department and agency thereof, namely Supplemental Nutrition Assistance Program benefits, of a value exceeding $1,000.

Thus, the defendant violated Title 18, United States Code, Section 641.

## COUNT FOUR
### (Theft of Public Money)

Between about August 2017 through February 2020, in the District of Maine, the defendant,

### CHRISTIE MITCHELL

knowingly and willfully embezzled, stole, purloined, converted to her use, received and retained with the intent to convert knowing it to have been embezzled, stolen, purloined, and converted, money or things of value belonging to the United States and any department and agency thereof, namely Supplemental Security Income benefits, of a value exceeding $1,000.

Thus, the defendant violated Title 18, United States Code, Section 641.

## COUNT FIVE
### (False Statements)

On about May 1, 2019, in the District of Maine, the defendant

### CHRISTIE MITCHELL

in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make or use any false writing or document, knowing it to contain any materially false, fictitious, or fraudulent statement or entry. Specifically, the defendant submitted multiple letters in response to a request from the Maine Department of Health & Human Services, which administers federally-funded benefits. These letters falsely represented that she lived apart from her husband, and at least one of them had been forged. In truth and fact, as the defendant well-knew, her husband was a part of her household, which affected her eligibility to receive MaineCare and Supplemental Nutrition Assistance benefits.

Thus, the defendant violated Title 18, United States Code, Section 1001.

A TRUE BILL

Signature Redacted – Original on file with the Clerk's Office

_Joel B. Casey_
Assistant United States Attorney
Date: 8/10/2022