UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTIE N. MITCHELL | No. 1:22-cr-00095-LEW |

**PROSECUTION VERSION**

If this case went to trial, the Government, through various documents, official records, and the testimony of witnesses, would prove the following facts beyond a reasonable doubt:

1. The Defendant, Christie N. Mitchell, has received Supplemental Security Income ("SSI"), MaineCare, and Supplemental Nutrition Assistance Program ("SNAP") benefits since 1993. When applying for these programs, the defendant would have been informed of her reporting requirements, including any changes in her household composition, as well as the income and resources of members of her household.

2. The Defendant married her husband in September 2005. She did not report him as a member of her household to the Social Security Administration ("SSA").

3. In 2012, the SSA assessed an overpayment of $28,504.13 on the defendant's record for the period from November 2006 through October 2012. The October 17, 2012, notice informing her of this overpayment explained that it was assessed because she had failed to disclose the presence of her husband in her home, whose income and resources affected her eligibility to receive SSI benefits. Following this, her SSI payments were reduced to $98 per month.

4. On November 28, 2012, the defendant filed an emergency application for assistance from the Maine Department of Health & Human Services ("ME/DHHS") based on eviction, providing a letter from her landlord as corroboration. She explained that her husband had moved out and she was on her own, and that her SSI benefits had just been reduced. In December 2012, the defendant and her husband reported to ME/DHHS that they were living in separate houses. The defendant informed SSA that her husband had moved out of her household on December 7, 2012. Following this, her SSI payments were resumed at $771 per month, with $50 withheld to offset the overpayment on her record.

5. A variety of evidence, including signed rental agreements, residential dwelling permits, Maine Bureau of Motor Vehicles records, statements from neighbors, landlords, and others, and social media postings would show that the defendant has lived with her husband from at least October 6, 2013, through February 2020.

6. In October 2014, the defendant submitted a statement to SSA in which she claimed to have not lived in the same household as her husband since December 4, 2013.

7. On May 14, 2014, the defendant filled out a review for continuing eligibility for SSI benefits. Therein, she represented that her spouse no longer lived in her household, claiming he lived with his mother in Troy, ME, and that he would also stay with friends. She again denied his presence in her household and failed to account for his income or resources in eligibility reviews in May 2016, June 2017, April 2018, and April 2019.

8.  In annual reviews by the ME/DHHS for MaineCare and SNAP benefits eligibility administered from 2013 through 2019, the defendant failed to disclose her husband's presence in her household, or account for his income and resources.

9.  In May 2019, the defendant submitted three letters to ME/DHHS in response to a request. These letters falsely indicated that the defendant and her son were the only members of her household, and at least one was forged.

10. From October 2013 through February 2020, the defendant collected approximately $28,557.00 in SSI benefits she was not entitled to. Similarly, between October 2013 and December 2019, the defendant benefited from approximately $38,030.73 worth of MaineCare payments and $16,352.00 in SNAP benefits she was not entitled to. In total, as a result of her false statements and concealment of material information, the defendant collected approximately $82,939.73 in benefits payments she was not entitled to. As the defendant knew, her husband's income and assets, and material support she received from him, were sufficient to render her ineligible to receive these benefits.

Dated: April 19, 2024

Respectfully submitted,

DARCE N. MCELWEE
UNITED STATES ATTORNEY

/s/Jeanne D. Semivan
Special Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, 6th Fl.
Portland, ME  04101
jeanne.semivan@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 19, 2024, I electronically filed the above *Prosecution Version* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James S. Nixon, Esq.
James_Nixon@fd.org

          /s/Jeanne D. Semivan
          Special Assistant United States Attorney